MRS. M. SIMONEAUX

VS

LEBERMUTH & ISRAEL

PLANTING CO., LTD.

7323

NO. 7 3 2 3.

CHARLES F. CLAIBORNE, JUDGE.

May 20th. 1918.

179